**Nizarali P. PRASLA, Petitioner,**

v.

**Alberto R. GONZALES, U.S. Attorney General, Respondent.**

No. 05–60473.
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Decided Jan. 17, 2006.

Peter D Williamson, Williamson & Chaves, Houston, TX, for Petitioner.

Thomas Ward Hussey, Director, Alberto R. Gonzales, U.S. Department of Justice Office, Washington, DC, Hipolito Acosta,

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Caryl G. Thompson, U.S. Immigration & Naturalization Service, Houston, TX, for Respondent.

Before JONES, Chief Judge, and WIENER and DeMOSS, Circuit Judges.

PER CURIAM: *

Nizarali P. Prasla (Petitioner) petitions this court to review the decision of the Board of Immigration Appeals (BIA) entered May 4, 2005, which upheld the decision of the Immigration Judge that the Petitioner be deported. For the reasons stated by the BIA in its order dated May 4, 2005 and for the reasons stated by the Government in its brief, we conclude that the petition for review should be denied.

DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

